# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

137798 & (17)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARK DWANE MURRAY,
     Defendant-Appellant.

SC: 137798
COA: 286276
Chippewa CC: 03-007600-FH

_____/

     On order of the Court, the application for leave to appeal the October 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

s0420

Clerk